# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| KAREN SCHAFFER, | * | |
| Plaintiff, | * | No. 06-887T |
| v. | * | Filed: February 19, 2007 |
| THE UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, and to promote the efficient administration of justice, the Clerk of the Court is directed to REASSIGN the above-captioned case to Judge Margaret M.. Sweeney. Judge Sweeney has agreed to take the case.

IT IS SO ORDERED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge