# In the United States Court of Federal Claims

No. 06-887 T
(Filed: June 29, 2007)

| | |
|---|---|
| KAREN SCHAFFER, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

A telephonic status conference will be held in the above-captioned case on **Wednesday, July 11, 2007, at 11:00 a.m.** The court will initiate the conference call. No later than one business day before the status conference, the parties shall telephone the undersigned's judicial assistant, Ms. Beryl Sanders, at (202) 357-6644, and provide her with the telephone number at which they can be reached for the status conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge